No. 62352.—F. B. Wilcon Co. v. United States, protest 322541–K (Boston).

Opinion by WILSON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, OCTOBER 6, 1958

No. 62353.—Design Research, Inc. v. United States, protest 322552–K (Boston).

Opinion by RAO, J.   The protest was dismissed.